IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 13-cv-0785-WJM-BNB | Date: October 21, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| NORSTAR RESIDENTIAL, LLLP<br>NORSTAR, INC<br>KELLY BEGG<br>WILDHORSE RIDGE, LLLP<br>CONCERT AMERICAN HOMES, INC<br>**Plaintiff(s)** | *Christopher Rhody* |
| v. | |
| FIRST MERCURY INSURANCE COMPANY<br>**Defendant(s)** | *James K. Green*<br>*Michael R. Gregg* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  1:33 p.m.

Appearance of counsel and Interested Party.

**ORDERED:**  [35] Motion to Strike Plaintiffs' Motion to Stay Complaint and Jury Demand is DENIED.

Argument presented on [32] Plaintiffs' Motion to Stay Complaint and Jury Demand.

**ORDERED:**  [32] Plaintiffs' Motion to Stay Complaint and Jury Demand is DENIED.

[22] Plaintiffs' Motion to Quash Subpoenas and Motion for Protective Order Regarding Written Discovery Request is DENIED.

Argument presented on [19] Motion for Order to Compel and [28] Defendant's Motion to Compel Subpoenaed Documents.

**ORDERED:   [19] Motion for Order to Compel and [28] Defendant's Motion to Compel Subpoenaed Documents is TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess:  2:43 p.m.    Hearing concluded.    Total time in Court:  01:10