IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00785-WJM-BNB

NORSTAR RESIDENTIAL, LLLP, a Colorado limited liability limited partnership,
NORSTAR, INC., a Colorado corporation,
KELLY BEGG, individually,
WILDHORSE RIDGE, LLLP, a Colorado limited liability limited partnership, and
CONCERT AMERICAN HOMES, INC., a Colorado corporation,

Plaintiffs,

v.

FIRST MERCURY INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

This matter arises on the following:

(1)   Defendant's **Motion for Order to Compel** [Doc. # 19, filed 8/23/2013] (the "Motion to Compel");

(2)   **Plaintiffs' Motion to Quash Subpoenas and Motion for Protective Order Regarding Written Discovery Request and Response to Defendant's Motion to Compel** [Doc. # 22, filed 8/27/2013] ("Plaintiffs' Motion to Quash");

(3)   **Defendant's Motion to Compel Subpoenaed Documents** [Doc. # 28, filed 9/16/2013] (the "Motion to Compel: Subpoenas");

(4)   **Plaintiffs' Motion to Stay Complaint and Jury Demand** [Doc. # 32, filed 9/17/2013] (the "Motion to Stay"); and

(5)   Defendant's **Motion to Strike Plaintiffs' Motion to Stay** [Doc. # 35, filed

9/24/2013] (the "Motion to Strike").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. I ruled on Plaintiff's Motion to Quash [Doc. # 22], the Motion to Stay [Doc. # 32], and the Motion to Strike [Doc. # 35]; and I took under advisement the Motion to Compel [Doc. # 19] and the Motion to Compel: Subpoenas [Doc. # 28].

IT IS ORDERED:

(1) Plaintiffs' Motion to Quash [Doc. # 22] is construed solely as a response to the Motion to Compel, and is DENIED insofar as it seeks affirmative relief because it violates D.C.COLO.LCivR 7.1C;

(2) The Motion to Stay [Doc. # 32] is DENIED; and

(3) The Motion to Strike [Doc. # 35] is DENIED.

Dated October 21, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge